UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAGEN INVESTMENTS LLC, ) <br> ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> CANNON FINANCIAL INSTITUTE, INC., et al., ) <br> ) <br> Defendant(s). ) <br> ) | Case No. 2:13-cv-00868-GMN-NJK <br><br> ORDER |

Plaintiff brings this case for damages arising out of alleged copyright infringement by, *inter alia*, Defendants Gary V. Powell and CenterG, Inc. Currently pending before the Court is a motion for default judgment against those Defendants. Docket No. 50. On December 29, 2014, the Court received a notice that Mr. Powell has filed for bankruptcy, resulting in the imposition of an automatic stay. Docket No. 55. Accordingly, the Court hereby **STAYS** this case as to Mr. Powell.

The Court also notes that Mr. Powell is the president and chief executive officer of Defendant CenterG. *See* Docket No. 16 at ¶ 6; *see also* Docket No. 55 at 3 (bankruptcy notice listing as an f/d/b/a Mr. Powell's position as a corporate officer of CenterG). The extent of the relationship between Mr. Powell and Defendant CenterG–and, subsequently, the impact of the bankruptcy filing on CenterG–is not known to the Court. Accordingly, the Court also finds it prudent to **STAY** this case as to CenterG. To the extent Plaintiff believes the case can proceed notwithstanding the bankruptcy stay, it may file a motion seeking such relief.

//

In light of the above, the pending motion for default judgment is hereby **DENIED** without prejudice.

IT IS SO ORDERED.

DATED: January 7, 2015

_____
Nancy J. Koppe
United States Magistrate Judge