# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAGEN INVESTMENTS LLC, ) | Case No. 2:13-cv-00868-GMN-NJK |
| Plaintiff(s), ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| CANNON FINANCIAL INSTITUTE, INC., ) | |
| ) | |
| Defendant(s). ) | |

On January 7, 2015, the Court stayed this case in light of a notice of bankruptcy and ordered that Plaintiff should file a motion to lift the stay when it believes it is appropriate to do so. Docket No. 56. The Court hereby ORDERS Plaintiff to file a status report no later than March 2, 2016, and every 90 days thereafter.

IT IS SO ORDERED.

DATED: February 24, 2016

_____
Nancy J. Koppe
United States Magistrate Judge