# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAGEN INVESTMENTS LLC, ) <br> Plaintiff(s), ) <br> ) <br> v. ) <br> ) <br> CANNON FINANCIAL INSTITUTE, INC., ) <br> Defendant(s). ) | Case No. 2:13-cv-00868-GMN-NJK <br><br> ORDER |

On January 7, 2015, the Court stayed this case in light of a notice of bankruptcy filed by Defendant Gary V. Powell. Docket No. 56. Now pending before the Court is a motion to lift the stay as to Defendant CenterG, Inc. Docket No. 60. No response has been filed opposing the motion. For good cause shown and given that the motion is unopposed, it is hereby **GRANTED**. No later than April 11, 2016, Plaintiff shall file either a motion for default judgment as to Defendant CenterG, Inc. or a status report proposing a schedule for this case to proceed.

IT IS SO ORDERED.

DATED: March 28, 2016

_____
Nancy J. Koppe
United States Magistrate Judge