# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAGEN INVESTMENTS LLC,<br><br>　　　　　　Plaintiff(s),<br><br>vs.<br><br>CANNON FINANCIAL INSTITUTE, INC.,<br><br>　　　　　　Defendant(s). | Case No. 2:13-cv-00868-GMN-NJK<br><br>ORDER |

Pending before the Court is Plaintiff's second motion for default judgment, and supplemental brief thereto. Docket Nos. 63, 65. The Court hereby **SETS** a hearing for 3:00 p.m. on June 17, 2016, in Courtroom 3D. Plaintiff's counsel shall be prepared to discuss in detail the facts and law.

　　　　IT IS SO ORDERED.

　　　　DATED: June 10, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　NANCY J. KOPPE
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge